UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ST. ANN,

    Plaintiff

v.

TODD MCLEAN, *et al.*,

    Defendants.

_____/

Case No. 5:15-CV-11770
District Judge Judith Levy
Magistrate Judge Anthony P. Patti

## ORDER GRANTING AS UNOPPOSED DEFENDANTS' MOTION TO TAKE PLAINTIFF'S DEPOSITION (DE 36)

Pending is Defendants' November 21, 2016 motion to depose *pro se* Plaintiff. (DE 36.) Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B) because Plaintiff is incarcerated. Plaintiff has not responded to the motion and the time for doing so under LR 7.1 has expired. The motion therefore may be granted as unopposed.

Thus, upon the reading and filing of Defendants' Motion for Leave to Take Plaintiff's Deposition Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), and otherwise, being fully advised in the premises; **IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion for Leave to Take Plaintiff's Deposition Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B) (DE 36) is hereby **GRANTED AS UNOPPOSED**, and Defendants shall be permitted to take the

deposition of the Plaintiff for all purposes allowed by the Federal Rules of Civil Procedure. Said deposition may occur either in person, by telephone, or via video teleconference, at Defendants' option and consistent with the requirements and needs of Plaintiff's place of incarceration.

**IT IS SO ORDERED.**

Dated: December 14, 2016          s/Anthony P. Patti
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on December 14, 2016, electronically and/or by U.S. Mail.

                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable Anthony P. Patti