UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ST. ANN,

        Plaintiff,

v.

        Case No. 5:15-cv-11770
        Judge Judith E. Levy
        Magistrate Judge Anthony P. Patti

TODD MCLEAN,
DEAN POTILA,
SAMUEL MORGAN,
THOMAS HAYNES, and
KELLY BUCZEK

        Defendants.

_____/

# ORDER GRANTING PLAINTIFF'S MOTION TO NOTIFY COURT OF STATUS OF PLAINTIFF'S CASE REGARDING DISCOVERY (DE 56)

The Court is in receipt of Plaintiff's above titled motion, in which he asks that it "consider his Motion/Brief that he submitted on September 18, 2017 in Opposition to Defendants' Motion/Brief for Summary Judgment." (DE 56 at 1-2; referring to DE 50 and DE 51, its supporting exhibits.) The instant motion is unopposed and is **GRANTED**, as the Court has indeed read and considered Plaintiff's summary judgment response and brief, despite the fact that it is 93 pages long, far in excess of the 25 pages permitted by the rules. *See* E.D. Mich. L.R.

7.1(d)(3)(A).  The Court has also considered Plaintiff's 270 pages of exhibits. (DE 51.)  Thus, Plaintiff's fear that he would have to "redraft/duplicate another Brief" in response to the summary judgment motion is unfounded.  (DE 56 at 5.)  However, Plaintiff is forewarned that future filings which do not strictly adhere to this Court's page limitations will be stricken.

Dated: January 3, 2018
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on January 3, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti