UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David St. Ann,

          Plaintiff,        Case No. 15-cv-11770

v.                                  Judith E. Levy
                                  United States District Judge
Todd McLean, *et al.*,
                                  Mag. Judge Anthony P. Patti
          Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE PATTI'S REPORT AND RECOMMENDATION [58]

On January 3, 2018, Magistrate Judge Anthony P. Patti issued a Report and Recommendation (Dkt. 58) recommending that the Court grant in part and deny in part defendants' motion for summary judgment. (Dkt. 38.) Magistrate Judge Patti recommends that the Court dismiss with prejudice plaintiff's claims regarding a constitutional right to a particular security classification, dismiss without prejudice plaintiff's claims against defendant Buczek for failure to exhaust his administrative remedies, and not dismiss plaintiff's

claims for retaliation and intentional infliction of emotional distress. (Dkt. 58 at 17-18.)

The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The court has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly, it is hereby ordered that:

The Report and Recommendation is ADOPTED;

Defendants' motion for summary judgment (Dkt. 38) is GRANTED IN PART AND DENIED IN PART;

Plaintiff's claims asserting a constitutional right to a particular security classification are DISMISSED WITH PREJUDICE;

Plaintiff's claims against defendant Buczek are DISMISSED WITHOUT PREJUDICE; and

Plaintiff's claims for retaliation and intentional infliction of emotional distress are NOT DISMISSED.

IT IS SO ORDERED.

Dated: January 25, 2018          s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 25, 2018.

                                    s/Shawna Burns
                                      SHAWNA BURNS
                                      Case Manager